# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00617-CV

## In re Ragina Christine Thompson

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Ragina Christine Thompson has filed a petition for writ of mandamus complaining of the trial court's temporary orders related to child custody, visitation, and child support. Having reviewed the record and relator's arguments, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Baker and Triana

Filed: March 11, 2020